IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| CARL DAVID JONES,<br>TDCJ No. 01517939,<br><br>Plaintiff,<br><br>v.<br><br>TEXAS DEP'T OF CRIM. JUSTICE, et al.,<br><br>Defendants. | § § § § § § § § § § § | Civil Action No. 7:22-cv-007-O |

# ORDER

Plaintiff's Request for Entry of Default (ECF No. 15) and his Motion for Default Judgment (ECF No. 14) are **DENIED**. Process has not been issued in this case.

**SO ORDERED** this **21st day** of **March, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE