IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| **CARL DAVID JONES,** <br> **TDCJ No. 01517939,** <br><br> **Plaintiff,** <br><br> v. <br><br> **TEX. DEP'T of CRIM. JUSTICE, et al.,** <br><br> **Defendants.** | § § § § § § § § § § | Civil Action No. 7:22-cv-007-O |

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff's complaint is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim on which relief may be granted

**SIGNED** this **28th day** of **March 2025**.

_Reed O'Connor_
**UNITED STATES DISTRICT JUDGE**